# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 29, 2025

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 25-3263 | ASIF AMIN CHEEMA, <br> Plaintiff - Appellant <br> v. <br> BRISON SWEARINGEN, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:25-cv-00609-JRS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney, II ||

The following are before the court:

1. **EMERGENCY MOTION FOR STAY OF REMOVAL PENDING APPEAL**, filed on December 17, 2025, by counsel for the appellant.

2. **RESPONSE TO MOTION FOR STAY OF REMOVAL**, filed on December 18, 2025, by counsel for the appellees.

3. **PETITIONER'S REPLY TO RESPONDENTS' RETURN**, filed on December 23, 2025.

**IT IS ORDERED** that the motion to stay removal is **DENIED**. The temporary stay entered on December 17, 2025, is **VACATED**.

form name: **c7_Order_3J**   (form ID: **177**)